NO. 07-10-00202-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 17, 2010

_____

IN RE R. WAYNE JOHNSON, RELATOR

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Relator R. Wayne Johnson, proceeding *pro se*, filed a petition for a writ of mandamus on May 14, 2010. By letter of May 17, we informed relator of his failure to pay the requisite filing fee and explained the cause would be subject to dismissal if the fee was not received by May 27. *See* Tex. R. App. P. 5. Relator has not paid the fee as directed or filed an affidavit of indigency. *See* Tex. R. App. P. 20.1.

Accordingly, we dismiss relator's petition. *See* Tex. R. App. P. 5, 42.3(c).

Per Curiam